**Order entered October 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01147-CR

**STEVEN TROY TILLERY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-82576-2017**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on October 3, 2018, is **ORDERED** filed as of the date of this order.


/s/     DAVID L. BRIDGES
         PRESIDING JUSTICE